### MITCHELL *v.* WILLIAMS, administratrix.

LEWIS, J.   1. It was, at the trial term of an action, a wise exercise of discretion to refuse to allow the defendant to open a default, it not appearing that he was by providential cause prevented from filing his defense at the proper time, or that on account of excusable neglect, or for any other good reason, the court should have allowed the default to have been opened on terms.   Civil Code, § 5072.

2. The present writ of error being palpably without merit, there can be no reasonable conclusion except that it was sued out for delay only, and accordingly damages are awarded in favor of the defendant in error against the plaintiff in error.

*Judgment affirmed, with damages.    All the Justices concurring.*

Argued November 2, — Decided December 1, 1899

Motion to open default.    Before Judge Littlejohn.    Sumter superior court.    November term, 1898.

*E. A. Hawkins,* for plaintiff in error.    *Allen Fort,* contra.

---

### PRICE *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

LUMPKIN, P. J.   This case, upon its substantial merits, is controlled by the decision made therein when it was here at the October term, 1898.  See 106 *Ga.* 176.  The fact that the plaintiff at the trial now under review formally put in evidence portions of the defendant's answer made no material change in the questions involved.

*Judgment affirmed.    All the Justices concurring.*

Argued November 4, — Decided December 1, 1899.

Action for damages.    Before Judge Littlejohn.    Macon superior court.    May term, 1899.

*M. Felton Hatcher* and *Guerry & Hall,* for plaintiff.
*William D. Kiddoo,* for defendant.